# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONNY GAS TRANSPORT LIMITED, as owner of the LNG FINIMA (IMO No. 7702401),<br>    Plaintiff,<br><br>v.<br><br>O.W. BUNKER GERMANY GMBH, NUSTAR TERMINALS MARINE SERVICES N.V., NUSTAR ENERGY SERVICES, INC., ING BANK N.V.,<br>    Defendants. | Civil Action No. 1:14-cv-09542-VEC |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that, by this notice of appearance (the "Notice of Appearance"), the attorneys listed below, who are admitted to practice in this court, hereby appear in the above-captioned case as co-counsel for O.W. Bunker Germany GmbH ("O.W. Bunker Germany") together with McDermott Will & Emery LLP, and hereby request that all notices given or required to be served in the above-captioned case, whether written or oral, and all papers served in this case be given to or served upon:

> **HILL RIVKINS LLP**
> **Attention: Anthony J. Pruzinsky and Justin M. Heilig**
> 45 Broadway, Suite 1500
> New York, New York 10006
> Telephone:  (212) 669-0600
> Facsimile:  (212) 669-0698
> Email:  apruzinsky@hillrivkins.com; jheilig@hillrivkins.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives any right to seek dismissal for lack of personal jurisdiction over O.W. Bunker Germany, improper venue, lack of subject matter jurisdiction, or

1

any other rights, claims, actions, defenses, setoffs, or recoupments to which O.W. Bunker Germany is or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 19, 2015
       New York, New York              HILL RIVKINS LLP

                                            /s/ Anthony J. Pruzinsky
                                            Anthony J. Pruzinsky
                                            Justin M. Heilig
                                            45 Broadway, Suite 1500
                                            New York, New York 10006
                                            Telephone: (212) 669-0600
                                            Facsimile: (212) 669-0698
                                            Email: apruzinsky@hillrivkins.com
                                            Email: jheilig@hillrivkins.com

                                            *Co-Counsel for O.W. Bunker Germany GmbH*
                                            *with McDermott Will & Emery LLP*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Notice of Appearance and Request for Service of Notices* was served via ECF electronic delivery on all persons and parties receiving service in this proceeding by ECF electronic delivery, as indicated on March 19, 2015.

                                            HILL RIVKINS LLP

Dated: March 19, 2015                       By: /s/ Justin M. Heilig