# Exhibit F



**NuStar Terminals Marine Services N.V.**
Formally Statia Terminals Marine
Services N.V.
Tumbledown Dick Bay
PO BOX 170
St. Eustatius Netherlands Antilles

S.O. 172-13201

**Invoice 90430983 / 11/10/2014**

Order NO. 262976   Delivery NO. 2420086956   Customer NO. 109364

BILL TO:
O.W. BUNKER USA, INC
2603 AUGUSTA DRIVE
Houston, TX 77057

V. 9009
172   13446
DC 11/12/19

WIRING INSTRUCTIONS:
NuStar Terminals Marine Services N.V.
JPMorgan Chase Bank, N.A.
New York, NY
ABA: 021000021
Acct Nbr. 825872914
SWIFT Code: CHASUS33

CONTRACT NO: 40213267
SHIPPING ORDER: 173579
DELIVERY DATE: 11/01/2014 ✓
ORIGIN: B600 STMS
PORT: ST EUSTATIUS
TERMS OF DELIV: Vessel Intake Flange
VESSEL: LNG FINIMA
BROKER:

NOTE:

| PRICING ELEMENT | PRICE | QTY | UOM | BILLED |
|---|---|---|---|---|
| INTERMEDIATE FUEL OIL 380 | 657.250000 / MT | 3,599.937 | MT | 2,366,059.59 |
| Agency fee | | | | 900.00 |
| Environmental fee | | | | 950.00 |
| Anchorage fee | | | | 300.00 |
| MARPOL fee | | | | 500.00 |
| MARINE GAS OIL - DMA | 1103.250000 / MT | 80.026 | MT | 88,288.68 |

Due in USD on 12/01/2014   2,456,997.27

TERMS: WIRE 30 CAL DAYS FROM DELIVERY

All services have been rendered outside of the United States.

********** PLEASE NOTE NEW WIRING INSTRUCTIONS ABOVE **********

NOTICE: ALL COMMUNICATIONS OR QUESTIONS CONCERNING DISPUTED DEBTS, ARE TO BE SENT TO: NUSTAR TERMINALS MARINE SERVICES N.V. - ATTN: BUNKERDEPT.   PO BOX 781609 SAN ANTONIO, TX 78278-1609. FOR OTHER BILLING QUESTIONS: CALL 1-800-711-6257.

OWB-0004456

NS FINIMA 0014