# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

Bruce Paulsen
Partner
(212) 574-1533
paulsen@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

September 11, 2020

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Bonny Gas Transport Limited v. O.W. Bunker Germany GmbH, et al.*
               U.S.D.C., S.D.N.Y., Case No. 14 Civ. 9542 (VEC)

               *NYK Bulk & Project Carriers Ltd v. O.W. Bunker USA Inc., et al.*
               U.S.D.C., S.D.N.Y., Case No. 14 Civ. 10090 (VEC)

               *NYK Trading Corporation v. O.W. Bunker USA Inc., et al.*
               U.S.D.C., S.D.N.Y., Case No. 16 Civ. 6232 (VEC)

Dear Judge Caproni:

      We write on behalf of ING Bank N.V., as Security Agent ("ING"), together with counsel for the parties to the above-referenced cases, to provide a status update on those cases as directed by this Court.

      As noted in our August 21, 2020 status update, the parties to *Bonny Gas Transport Limited v. O.W. Bunker Germany GmbH, et al.*, No. 14 Civ. 9542, have reached an agreement in principle, and are in the process of finalizing the terms of their agreement. The parties to *NYK Bulk & Project Carriers Ltd v. O.W. Bunker USA Inc., et al.*, No. 14 Civ. 10090, and *NYK Trading Corporation v. O.W. Bunker USA Inc., et al.*, No. 16 Civ. 6232, are continuing to negotiate an amicable resolution to those cases.

      In view of the foregoing, the parties respectfully request a further 20 days, until October 1, 2020 to report back to the Court with a status update as to next steps.

Hon. Valerie E. Caproni
September 11, 2020
Page 2

                                              Respectfully submitted,

                                              *Bruce Paulsen*

                                              Bruce G. Paulsen


Cc: Counsel of Record